**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:07-mc-00167     Document 1     Filed 05/01/2007     Page 1 of 1